UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL JONES ADMINISTRATOR : <br> OF THE ESTATE OF ASHLEY FERGUSON, : <br> MARSHALL JONES, AALIYAH JONES, PPA : <br> MARSHALL JONES, MICHAEL JONES, PPA : <br> MARSHALL JONES <br>   : <br> Plaintiffs : <br>   : <br> v. : <br>   : <br> NICHOLAS MARCU, MGR FREIGHT SYSTEM, INC., : <br> PLAN BETA, LLC, AND TOTAL QUALITY : <br> LOGISTICS, LLC : <br>   : <br> Defendants : | CIVIL ACTION NO. <br><br><br><br><br><br><br><br><br><br><br><br><br><br> MARCH 22, 2018 |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

PLEASE TAKE NOTICE that on this date Defendant Total Quality Logistics, LLC ("Defendant"), with the consent of Defendants, MGR Freight System, Inc., Nicolas Marcu and Plan Beta, LLC, hereby gives notice of the removal of this action from the Superior Court of Connecticut Judicial District of Hartford pursuant to 28 U.S.C. §§ 1441 and 1446. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332. In support of its notice of removal, Defendant states as follows:

## PROCEDURAL BACKGROUND

1. On or about September 8, 2017, Plaintiff Marshall Jones ("Plaintiff") filed this action in the Superior Court of Connecticut for the Judicial District of New London, which was subsequently transferred to the Complex Litigation Docket in the Judicial District of Hartford, bearing Docket Number X03-HHD-CV17-6086799-S (the "State Action") alleging claims for negligence against Defendants, and claims for negligent entrustment and vicarious liability against Defendants arising out of an alleged personal injury accident occurring on or about December 17, 2016 involving Plaintiff wherein Plaintiff was struck by the tractor trailer being operated by Nicolae Marcu while stopped on Interstate 95.

2. Plaintiff filed an Amended Complaint, naming Total Quality Logistics, LLC as a Plaintiff on February 28, 2018.

3. Pursuant to 28 U.S. 1446(a), a copy of all process, pleadings and orders served upon the Defendants in the state action are are attached hereto as **Exhibit A**.

4. According to the return of service filed in Superior Court, , Defendant Total Quality Logistics was served on February 20, 2018 via registered return receipt requested mail. According to the supplemental return of service, the Defendant received service on February 24, 2018. Upon information and belief, the remaining Defendants have also been served.

5. Under 28 U.S.C. § 1446(b)(2)(B), "[e]ach defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons . . . to file the notice of removal." Therefore, this removal is timely because it is filed within 30

days of Defendant Total Quality Logistics' receipt of the Complaint through service of process.

6. Pursuant to 28 U.S.C. § 1446(d), Total Quality Logistics, LLC, as of this date, notified the Connecticut Superior Court of the filing of this Notice of Removal. A copy of the Notice of Removal filed in the Connecticut Superior Court is attached here to as **Exhibit B.**

7. Pursuant to the Standing Order on removed cases, a Notice of Pending Motions are being filed simultaneously herewith. A Statement of Removed Case will be filed within 7 days.

## DIVERSITY OF CITIZENSHIP

8. This Court has original jurisdiction over the subject matter of this action under the provisions of Section §1332 of Title 28 U.S.C., in that there is complete diversity between the proper parties to this action, and more than $75,000.00 in controversy, exclusive of interest and costs. Pursuant to §1441 of Title 28 U.S.C., Defendant is entitled to remove the action to this Court.

9. Plaintiffs, Marshall Jones as Administrator of the Estate of Ashely Jones, Marshall Jones, Aaliyah Jones, and Michael Jones are citizens and residents of the State of Connecticut, residing in New London County, Connecticut.

10. Defendant MGR Freight System, Inc., is a corporation incorporated in the State of Illinois and maintaining its principal place of business in the State of Illinois.

11. Defendant Nicolas Marcu is a citizen and resident of the State of New Hampshire, residing in Hillsborough, New Hampshire.

12. Defendant Plan Beta, LLC is a corporation incorporated in the State of New Hampshire and maintaining its principal place of business in the State of New Hampshire. Its sole member is a citizen of the State of New Hampshire.

13. Defendant Total Quality Logistics, LLC is a corporation incorporated in the State of Ohio and maintaining its principal place of business in the State of Ohio. Its comprised of three members, all of whom are citizens of the State of Ohio.

14. Complete diversity exists between the parties, because the Plaintiffs are citizens of the State of Connecticut and no Defendant is a citizen of the State of Connecticut.

15. The Plaintiffs' action alleges personal injuries arising out of an accident occurring on or about December 17, 2016 involving decedent, Ashley Jones, wherein decedent was stopped in the emergency shoulder area. It is alleged that she had exited the vehicle to attend to her child in the back seat, when she was struck by the tractor trailer operated by Defendant Marcu. Plaintiff alleges decedent's body was thrown into the air more than 70 feet, slammed her into the ground, and caused her to suffer traumatic injuries that resulted in her untimely death. Plaintiffs assert that decedent suffered dismemberment of her right leg, lacerations, contusions and abrasions to her head, face, neck, chest, abdomen, liver, spleen, lungs and arms, fractures to of the jaw, skull, pelvis, spine, ankle and shin, and hemorrhage of the scalp and brain. Plaintiffs also make claims for loss of consortium, wrongful death, as well as punitive damages.

16. Defendants are informed and believe that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

17. Because this action is of a civil nature and involves a controversy wholly between citizens of different states and the amount in dispute exceeds the sum of $75,000.00, exclusive of interest and costs, this lawsuit is one over which the United States District Court, District of Connecticut has original jurisdiction under Title 28, United States Code Section 1332. Diversity jurisdiction existed at the time the Complaint was filed, has existed since that time, and exists at the time of the filing of the within Notice of Removal.

18. Defendants are informed and believe that, because the United States District Court for the District of Connecticut has jurisdiction over this matter pursuant to 28 U.S.C. Section 1332(a), this case is removable to Federal Court pursuant to 28 U.S.C. Section 1441(a).

19. Defendants are informed and believe that the United States District Court for the District of Connecticut is the proper venue for this action.

20. Defendants submit this Notice of Removal without waiving any defenses to the claims and allegations asserted by Plaintiffs, or conceding that Plaintiffs have asserted claims upon which relief may be granted.

WHEREFORE, pursuant to the provisions of 28 U.S.C. § 1441 and 1446, Defendants do hereby remove the aforementioned action from the Connecticut Superior Court and henceforth proceed in this Court.

RESPECTFULLY SUBMITTED,
THE DEFENDANT,
TOTAL QUALITY LOGISTICS, LLC
BY ITS ATTORNEYS,

/s/Kevin R. Kratzer
Kevin R. Kratzer, Esq.  (ct28871)
kkratzer@boyleshaughnessy.com
Boyle Shaughnessy Law, P.C.
280 Trumbull Street, 22nd Floor
Hartford, CT 06103
(860) 952-9800
Fax: (860) 278-7757

## **CERTIFICATION**

This is to certify that a copy of the foregoing was or will immediately be mailed or delivered electronically or non-electronically on this 22nd day of March, 2018 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served:

**Plaintiffs' Counsel**

Kelly E. Reardon, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
Fax: 860-444-6445

**Counsel for Nicolas Marcu and Plan Beta, LLC**

Bryan J. Haas, Esq.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
Email:  bhaas@hl-law.com

**Counsel for MGR Freight System, Inc.**

Lawrence L. Connelli, Esq.
Regnier Taylor Curran & Eddy
100 Pearl Street, 4th Floor
Hartford, CT 06103
Email:  lconnelli@rtcelaw.com

                                                               s/Kevin R. Kratzer

                                                             Kevin R. Kratzer, Esq.