UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL JONES ADMINISTRATOR | : | CIVIL ACTION NO. |
| OF THE ESTATE OF ASHLEY FERGUSON, | : | 3:18-cv-00485-VAB |
| MARSHALL JONES, AALIYAH JONES, PPA | : | |
| MARSHALL JONES, MICHAEL JONES, PPA | : | |
| MARSHALL JONES | | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS MARCU, MGR FREIGHT SYSTEM, INC., | : | |
| PLAN BETA, LLC, AND TOTAL QUALITY | : | |
| LOGISTICS, LLC | : | |
| | : | |
| Defendants | : | MAY 7, 2018 |

**MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Total Quality Logistics, LLC, hereby moves to dismiss the Sixteenth, Seventeenth, Eighteenth, Nineteeth and Twentieth Counts of the Plaintiffs' Amended Complaint dated February 14, 2018 because the cause of action against this entity has no basis in law or fact.

Based on the foregoing and the authorities set forth in the memorandum of law, Total Quality Logistics, LLC, moves that the motion to dismiss be granted.

RESPECTFULLY SUBMITTED,
THE DEFENDANT,
TOTAL QUALITY LOGISTICS, LLC
BY ITS ATTORNEYS,

/s/Kevin R. Kratzer
_____

Kevin R. Kratzer, Esq.
Federal Bar No. (ct28871)
kkratzer@boyleshaughnessy.com
Boyle Shaughnessy Law, P.C.
280 Trumbull Street, 22nd Floor
Hartford, CT 06103
(860) 952-9800
Fax: (860) 278-7757

Robert D. Moseley, Jr. (Pro Hac Vice)
SMITH MOORE LEATHERWOOD, LLP
2 W. Washington Street, Suite 1100
Greenville, South Carolina 29601
Telephone: (864) 751-7600
Facsimile: (864) 751-7800
rob.moseley@smithmoorelaw.com
*Attorneys for Defendant Total Quality Logistics, LLC*

## **CERTIFICATION**

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Kevin R. Kratzer

Kevin R. Kratzer, Esq.