## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARSHALL JONES ADMINISTRATOR : | CIVIL ACTION NO. |
| OF THE ESTATE OF ASHLEY FERGUSON, : | 3:18-cv-00485-VAB |
| MARSHALL JONES, AALIYAH JONES, PPA : | |
| MARSHALL JONES, MICHAEL JONES, PPA : | |
| MARSHALL JONES : | |
| : | |
|     Plaintiffs : | |
| : | |
| v. : | |
| : | |
| NICHOLAS MARCU, MGR FREIGHT SYSTEM, INC., : | |
| PLAN BETA, LLC, AND TOTAL QUALITY : | |
| LOGISTICS, LLC : | |
| : | |
|     Defendants : | February 8, 2019 |

### DEFENDANT TOTAL QUALITY LOGISTICS, LLC'S MOTION TO STAY ALL PROCEEDINGS PENDING OUTCOME OF RECEIVERSHIP

Now comes defendant, TOTAL QUALITY LOGISTICS, LLC ("TQL") before this Court for an order administratively staying this case and all deadlines for 180 days.

Pursuant to 28 U.S.C. § 1738 and 38a-875, Spirit Commercial Auto Risk Retention Group has been placed in temporary receivership. TQL respectfully requests that this Court enter an Order staying the present case for a period of one hundred eighty (180) days beginning from the date of the Court's order.

Based on the foregoing and the authorities set forth in the memorandum of law, Total Quality Logistics, LLC, moves that the motion to dismiss be granted.

{B0297152.1}

RESPECTFULLY SUBMITTED,
THE DEFENDANT,
TOTAL QUALITY LOGISTICS, LLC
BY ITS ATTORNEYS,

/s/Kevin R. Kratzer
Kevin R. Kratzer, Esq.
Federal Bar No. (ct28871)
kkratzer@boyleshaughnessy.com
Boyle, Shaughnessy & Campo, P.C.
280 Trumball Street, 23rd Floor
Hartford, CT 06103
(860) 925-9800
Fax: (860) 278-7757


Robert D. Moseley, Jr. (Fed. Bar No. phv09064)
Megan M. Early-Soppa (Fed. Bar No. phv09839)
Fox Rothschild LLP
2 West Washington Street
Suite 1100
Greenville, SC 29601
(864)751-7643
Fax: (864)751-7800

## CERTIFICATION

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Kevin R. Kratzer
_____
Kevin R. Kratzer, Esq.