## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARSHALL JONES ADMINISTRATOR<br>OF THE ESTATE OF ASHLEY FERGUSON,<br>MARSHALL JONES, AALIYAH JONES, PPA<br>MARSHALL JONES, MICHAEL JONES, PPA<br>MARSHALL JONES | : <br> : <br> : <br> : <br>  | CIVIL ACTION NO.<br>3:18-cv-00485-VAB |
| Plaintiffs | : <br> : <br> : | |
| v. | : <br> : | |
| NICHOLAS MARCU, MGR FREIGHT SYSTEM, INC.,<br>PLAN BETA, LLC, AND TOTAL QUALITY<br>LOGISTICS, LLC | : <br> : <br> : <br> : | |
| Defendants | : | August 15, 2023 |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys of record for the undersigned parties, that the above-entitled action be and hereby is dismissed against the undersigned defendant, **Total Quality Logistics, LLC**, with prejudice, without costs to either party as against the other. The plaintiff's claims against the remaining defendants have not resolved.

{B1838929.1}

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| BY: */s/* Kelly E. Reardon_____<br>    Kelly E. Reardon<br>    The Reardon Law Firm P.C.<br>    160 Hempstead Street<br>    New London, CT 06320<br>    860-442-0444<br>    Fax: 860-444-6445<br>    *Attorneys for Plaintiff* | BY: */s/*Kevin R. Kratzer_____<br>    Kevin R. Kratzer, Esq.<br>    Boyle Shaughnessy Law, P.C.<br>    280 Trumbull Street, 23rd Floor<br>    Hartford, CT 06103<br>    Tel: (860) 952-9800<br>    Fax: (860) 278-7757<br>    *Attorneys for Defendant Total Quality Logistics, LLC* |

**SO ORDERED BY THE COURT:**

_____
                                                                                                **J.**

**DATED:** August 15, 2023

## **CERTIFICATION**

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/Kevin R. Kratzer
Kevin R. Kratzer, Esq.